IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

V.

MICHAEL SIMMONS

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

Case Number CR 05-74

**MICHAEL V. WORGUL, ESQUIRE**
Defendant's Attorney

THE DEFENDANT:
 X    pleaded guilty to count <u>one of superseding indictment</u>.
____  was found guilty on count(s) _ after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 2423(a) & 2 | Transportation With Intent to Engage in Criminal Sexual Activity | 10/2004 | 1S |

The defendant is sentenced as provided in pages 2 through 8 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

____  The defendant has been found not guilty on count(s) _ and is discharged as to such count(s).
 X    Counts 2S and 4S are dismissed on the motion of the United States.
____  The mandatory special assessment is included in the portion of this Judgment that imposes a fine.
 X    It is ordered that the defendant shall pay to the United States a special assessment of $100.00, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

83805008
Defendant's USM No.

April 7, 2006
Date of Imposition of Sentence

*/s/ McVerry*
Signature of Judicial Officer
U.S. District Judge

April 7, 2006
Date

Defendant: MICHAEL SIMMONS	Judgment--Page 2 of 8
Case Number: CR 05-74

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>210 months</u>.

_X_  The Court makes the following recommendations to the Bureau of Prisons:
**It is recommended that defendant be admitted to the Five Hundred (500) Hour Residential Drug Abuse Treatment Program while imprisoned.
The Bureau of Prisons designate an institution wherein defendant may participate in a psychological treatment program for sex offenders.**

_X_  The defendant is remanded to the custody of the United States Marshal.
___  The defendant shall surrender to the United States Marshal for this district,

   __ at __ on __.

   __ as notified by the Marshal.

___  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

   __ before 2 p.m. on __.
   __ as notified by the United States Marshal.
   __ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

_____ at _____,

with a certified copy of this Judgment.

                                          _____
                                          United States Marshal

                                          By_____
                                          Deputy Marshal

Defendant: MICHAEL SIMMONS                    Judgment--Page 3 of 8
Case Number: CR 05-74

## SUPERVISED RELEASE

     Upon release from imprisonment, the defendant shall be on supervised release for a term of life.

     While on supervised release, the defendant shall not commit another Federal, state or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

_X_   The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

_X_   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

_X_   The defendant shall cooperate in the collection of DNA as directed by the probation officer.

_X_   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

_X_   Additional conditions
**Defendant shall participate in a mental health treatment program and/or sex offender treatment program as approved and directed by the probation officer. Defendant shall abide by all program rules, requirements, and conditions of the sex offender treatment program, including submission to polygraph testing, to determine whether defendant is in compliance with the conditions of release.**
**In accordance with 18 U.S.C. § 3583(d) and 4042(c)(4), defendant shall report the address where he will reside and any subsequent change of address to the probation office responsible for his supervision, and further, defendant shall register as a convicted sex offender in any state where he resides, is employed, carries on a vocation, or is a student.**
**Defendant shall not possess any materials, including pictures, photographs, books, writings, drawings, videos, or video games depicting and/or describing child pornography, as defined at 18 U.S.C. § 2256(8).**
**Defendant shall not associate with children under the age of 18, except in the presence of a responsible adult who is aware of the nature of defendant's background and current offense and who has been approved by the probation office.**
**Defendant shall participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation office, until such time as defendant is released from the program by the probation office. Further, defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation office, but not to exceed the actual cost. Defendant shall submit to one drug urinalysis within 15 days after being placed on supervised release and at least two periodic test thereafter.**
**Defendant shall participate in an alcohol aftercare treatment program approved by the probation officer, which may include urine testing.**
**Defendant is prohibited from consuming alcohol.**

For offenses committed on or after September 13, 1994:

_X_   The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days after being placed on supervised release and at least two periodic drug tests thereafter, as directed by the probation officer.

Defendant: MICHAEL SIMMONS  Judgment--Page 4 of 8
Case Number: CR 05-74

## STANDARD CONDITIONS OF SUPERVISION

### While the defendant is on probation or supervised release pursuant to this Judgment:

1) the defendant shall not commit another Federal state or local crime;

2) the defendant shall not leave the judicial district without the permission of the court or probation officer;

3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5) the defendant shall support his or her dependents and meet other family responsibilities;

6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling training or other acceptable reasons;

7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;

8) the defendant shall refrain from excessive use of alcohol and shall not purchase possess use distribute or administer any narcotic or other controlled substance or any paraphernalia related to such substances except as prescribed by a physician;

9) the defendant shall not frequent places where controlled substances are illegally sold used distributed or administered;

10) the defendant shall not associate with any persons engaged in and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer; criminal activity

11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14) as directed by the probation officer the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history of characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

### These conditions are in addition to any other conditions imposed by this Judgment.

Upon finding of a violation of probation or supervised release I understand that the Court may (1) revoke supervision (2) extend the term of supervision and/or (3) modify the conditions of supervision.

All of the conditions listed in this order have been read to me. I fully understand the conditions and have been provided a copy of them.

_____   _____
(Signature)                   (Date)


_____   _____
U.S. Probation Officer/Designated Witness   (Date)